**Order entered April 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00058-CV**

**KEN PAXTON AND THE STATE OF TEXAS, Appellants**

**V.**

**ARNIEKA SIMMONS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07822**

**ORDER**

The reporter's record in this case is past due. By postcard dated February 21, 2020, we notified Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed nor has Ms. Reagor corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Ms. Reagor to file either (1) the reporter's record; or (2) written verification that appellants have not paid for or made arrangements to pay for the reporter's record within **TWENTY DAYS** of the date of this order. *We notify appellants that if we receive verification they have not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order to:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antoinette Reagor
Official Court Reporter
68th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE